```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

LA TIDTUS JONES, #162333                                    PLAINTIFF

vs.                            CIVIL ACTION NO. 5:13-cv-82-DCB-MTP

RON KING, et al.                                           DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 50]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that the Medical Staff's Motion **[30]** to Dismiss is **DENIED** without prejudice.

SO ORDERED, this the <u>4th</u> day of September, 2014.

                                    s/David Bramlette
                                    UNITED STATES DISTRICT JUDGE